UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT F. COOMES  
FOR MATT T. COOMES,,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,,

    Defendant.

CIVIL NO. 05-1455 (DSD/AJB)

O R D E R

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 7, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 19] is GRANTED and that this case is DISMISSED without prejudice.

DATED: December 26, 2006.

                        s/David S. Doty  
                        David S. Doty, Judge  
                        United States District Court